1:23-cr-00245
Judge Martha M. Pacold
Magistrate Judge Beth W. Jantz

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

May 18, 2023

FILED

MAY 18 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN L. SERNA,<br>    also known as "Dorian F. Serna,"<br>    also known as "Adan Aguilar"; and<br>HEATHER CRENSHAW | No. 23 CR 245<br><br>Violations: Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A); Title 21, United States Code, Sections 841(a)(1) and 846 |

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about April 21, 2023, at Harvey, in the Northern District of Illinois, Eastern Division,

JUAN L. SERNA,
also known as "Dorian F. Serna,"
also known as "Adan Aguilar,"

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about April 21, 2023, at Harvey, in the Northern District of Illinois, Eastern Division,

JUAN L. SERNA,
also known as "Dorian F. Serna,"
also known as "Adan Aguilar,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Kel-Tec Model P-3AT, .380 caliber semi-automatic pistol bearing serial number KGN14, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about April 21, 2023, at Harvey, in the Northern District of Illinois, Eastern Division,

> JUAN L. SERNA,
> also known as "Dorian F. Serna,"
> also known as "Adan Aguilar,"

defendant herein, did knowingly carry a firearm, namely, a Kel-Tec Model P-3AT, .380 caliber semi-automatic pistol bearing serial number KGN14, during and in relation to a drug-trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about April 21, 2023, at Harvey, in the Northern District of Illinois, Eastern Division,

> JUAN L. SERNA,
> also known as "Dorian F. Serna,"
> also known as "Adan Aguilar,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

1. On or about April 21, 2023, at Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

> JUAN L. SERNA,
> also known as "Dorian F. Serna,"
> also known as "Adan Aguilar," and
> HEATHER CRENSHAW,

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (fentanyl), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846; and

2. With respect to JUAN L. SERNA, the offense involved 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance.

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) and Section 924(c), as set forth in Counts Two and Three of this Indictment, defendant JUAN L. SERNA shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in Count One, Count Four, and Count Five of this Indictment, defendant JUAN L. SERNA shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

3.  The property to be forfeited includes, but is not limited to: (1) a Kel-Tec Model P-3AT, .380 caliber semi-automatic pistol bearing serial number KGN14, and any associated ammunition; and (2) a Cobray MAC-10 .45 acp submachine gun, with no discernable serial number, and any associated ammunition.

                                              A TRUE BILL:

                                              _____

                                              FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY