UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 245-2 |
| v. | Beth W. Jantz |
| HEATHER CRENSHAW | Magistrate Judge |

## ORDER OF DETENTION

THIS CAUSE coming to be heard upon the Government's motion to detain the defendant, HEATHER CRENSHAW, pursuant to 18 U.S.C. § 3142, and the Court having reviewed and considered the evidence presented, counsel's arguments, and Pretrial Services' recommendation that Ms. Crenshaw be detained, the Court hereby finds, in addition to all that is included on the oral record:

1. Defendant has been charged by indictment with one count of conspiracy to possess with intent to distribute a controlled substance, namely a quantity of methamphetamine and quantities of mixtures and substances containing detectable amounts of heroin, fentanyl, and cocaine, in violation of 21 U.S.C. § 846.

2. Defendant was arrested on June 6, 2023, and had her initial appearance before the Court on the same date. At that time, the government moved for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(C).

3. On June 9, 2023, this Court conducted a detention hearing as required by 18 U.S.C. § 3142(f). Having considered what is noted above, as well as the statutory factors enumerated in 18 U.S.C. § 3142(g), including the nature and circumstances of the alleged offense, the weight of the evidence, the history and

characteristics of the defendant, and defendant's potential danger to the community or any person, the Court finds as follows:

  a. The government has established, by a preponderance of the evidence, that no combination of conditions will reasonably assure defendant's appearance as required, based on: (i) the rebuttable presumption of detention in defendant's case under 18 U.S.C. § 3142(e)(3)(A) (and the defense, despite excellent argument from counsel, was not able to rebut this presumption), and (ii) as set forth in the Pretrial Services Report filed on June 8, 2023, defendant's previous documented instances of non-appearance at court proceedings and violations of court-ordered release conditions, including in the very recent past.

 4. Accordingly, pursuant to 18 U.S.C. § 3142(e), the Court finds that there is no combination of conditions that will reasonably assure defendant's appearance as required.

 IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant HEATHER CRENSHAW remain in custody until resolution of this case;

 IT IS FURTHER ORDERED that defendant shall be afforded reasonable opportunity for private consultation with her counsel;

IT IS FURTHER ORDERED that, upon order of the United States District Court or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED AND ENTERED:

_____
BETH W. JANTZ
Magistrate Judge
United States District Court
Northern District of Illinois

DATED: 6/9/23